IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LORRAINE LYNCH, as the   \*
Surviving Parent of Randy Ramos   \*
and the Administratrix of His   \*
Estate; and BIANCA EVANS, as   \*
the Mother and Natural Guardian   \*
of Jayden Ramos, the Decedent's   \*
Only Heir,   \*
                \*
      Plaintiffs,   \*
                \*
      v.   \*   CV 119-005
                \*
JOHN and/or JANE DOE(S),   \*
Employees of UNIVERSAL   \*
PROTECTION SERVICE, INC., Now   \*
Known as ALLIED UNIVERSAL   \*
SECURITY SERVICE, INC.; and   \*
ALLIED UNIVERSAL SECURITY   \*
SERVICE, INC., a Pennsylvania   \*
Corporation,   \*
                \*
      Defendants.   \*

## ORDER

Before the Court is Plaintiffs' notice of dismissal without prejudice. (Doc. 5.) Plaintiffs filed the notice prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA